# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

Anthony Quintana,  )   Case No. 3:18-CV-00822-WMC
   Petitioner,
v.  )
Danney Woodward,
   Defendant,  )

## NOTICE OF APPEAL

Notice is hereby given that Anthony Quintana, in the above Named case, hereby Appeals to the United States Court of Appeals for the Seventh Circuit from the Final Order entered September 25, 2020, Denial to re-open by Judge William M. Conley Document Number: 30 TEXT ONLY ORDER, in this Action.

Respectfully submitted,
Anthony Quintana
Anthony Quintana
F.C.I Fort Dix
No. 15849-089
P.O. Box 2000, Fort Dix
New Jersey. 08640

— page 1 of 2 —